NUMBER 13-06-000093-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________


 

                                      IN
RE: CALVIN RAY HYDER ____________________________________________________________

 

                                  On
Petition for Writ of Mandamus ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                Memorandum
Opinion[1] Per Curiam 

 

Relator, Calvin Ray Hyder, filed a AMotion for Production and Inspection of
Documents@[2] in the above cause on March 3, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion
that relator has not shown himself entitled to the relief sought.  








Accordingly, the petition for writ of mandamus is
DENIED.  See Tex. R. App. P. 52.8. 

PER CURIAM

 

Do
not publish. Tex.R.App.P. 47.2(b)

Memorandum
Opinion delivered and filed

this
7th day of March, 2006.











[1]  See Tex. R.
App. P. 52.8(d) (AWhen denying relief, the court may
hand down an opinion but is not required to do so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).





[2] 
This Court has construed relator=s motion as a petition for writ of mandamus.